UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **MOORTHY SRINIVASAN RAM,** | : | VIOLATION: 18 U.S.C. §1542 |
| also known as Ram Srinivasan, | : | (Passport Fraud) |
| Defendant. | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about September 12, 2003, within the extraterritorial jurisdiction of the United States and, pursuant to 18 U.S.C., Section 3238, the venue of the United States District Court for the District of Columbia, **MOORTHY SRINIVASAN RAM, also known as Ram Srinivasan**, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant used his deceased father's social security number as his own social security number, which statements he knew to be false.

(**Passport Fraud**, in violation of Title 18, United States Code, Section 1542)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.