# WARRANT FOR ARREST

D-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: **06-210** | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| MOORTHY SRINIVASAN RAM | Moorthy Srinivasan Ram | |
| DOB:   PDID: | **FILED** | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | SEP 0 7 2006 NANCY MAYER WHITTINGTON, CLERK |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

PASSPORT FRAUD

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION: 18:1542

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 7/12/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 7/12/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER REPORTING Sean McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |