UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 06-210 (EGS)
)
Moorthy Srinivasan Ram )
           Defendant. )
)

**FILED**

SEP 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house MOORTHY SRINIVASAN RAM _____ at Central Treatment Facility until further Order of this Court.

9/20/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE