IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 06-210 (EGS)** |
| **v.** ) | |
| ) | |
| **MOORTHI RAM** ) | |
| ) | |

**ORDER**

Upon consideration of Mr. Ram's oral motion to toll the speedy trial clock between September 20, 2006, and October 11, 2006, and for the reasons stated in open court on September 20, 2006, it is by this Court hereby

**ORDERED** that Mr. Ram's motion is **GRANTED**, and it is further

**ORDERED** that the speedy trial clock is tolled between the aforementioned dates.


Dated:

                                          _____
                                          EMMET G. SULLIVAN
                                          United States District Judge