**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Cr. No. 06-210 (EGS)** |
| ) | |
| **MORTHI RAM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**<u>NOTICE OF FILING</u>**

Defendant, Morthi Rm, through undersigned counsel, respectfully submits the attached

proposed order, as directed by the Court on September 20, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

/s/

_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500