IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-210(EGS) |
| | : | |
| v. | : | |
| | : | |
| **MOORTHY SRINIVASAN RAM** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FACTUAL PROFFER**
**IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about September 12, 2003, the defendant committed the offense of Passport Fraud, in violation of 18 U.S.C. § 1542.

The defendant is a naturalized citizen of the United States. On September 12, 2003, while in Chennai, India, MOORTHY SRINIVASAN RAM reported that his U.S. passport was lost, and applied for a temporary passport. On that application, MOORTHY SRINIVASAN RAM falsely listed his deceased father's social security number as his own. RAM received the passport on the same day. On September 17, 2003, RAM used that passport to travel back into the United States.

RAM knowingly and willfully submitted false information in the passport application because he knew that he was not using his real social security number, as he was required to do by federal law.

Furthermore, the defendant submitted the false passport application in order to induce the United States into issuing him a passport for his personal benefit, and the United States issued a passport to him.

                                                Respectfully submitted,

                                                JEFFERY A. TAYLOR
                                                United States Attorney
                                                Bar No.  498610

By: _____
      JULIEANNE HIMELSTEIN
      Assistant United States Attorney
      D.C. Bar No. #417136
      Federal Major Crimes Section
      555 4th Street, N.W., 4th floor
      Washington, D.C.  20530
      (202) 514-8203
      julieanne.himelstein@usdoj.gov

**Defendant's Acceptance of Factual Proffer**

      I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_____                  _____
Date                                                              Moorthy Srinivasan Ram


**Defense Counsel's Acknowledgment**

      I am Moorthy Srinivasan Ram's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him.

_____                  _____
Date                                                              Rita Bosworth, Esq.