UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES
        Plaintiff,


    vs.                                 Criminal No. 06-210  (EGS)
MOORTHY SRINIVASAN RAM
        Defendant.
_____
```

**ORDER**

On **OCTOBER 11, 2006**, the defendant pled guilty to the one Count Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **NOVEMBER 16, 2006**; defendant's memorandum of law, if any shall be filed by no later than **NOVEMBER 23, 2006**; the Government's memorandum of law, if any shall be filed by no later than **NOVEMBER 30, 2006,** a reply, if any, shall be filed by no later than **DECEMBER 7, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **DECEMBER 13, 2006 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: October 11, 2006

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE