THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0210</u> |
| vs. | : | |
| Moorthy Srinivasan Ram | : | Disclosure Date: November 7, 2006 |

**FILED**
DEC 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Assistant U.S. Attorney                                Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   11/22/06          _Rita Bonavita_   11-22-06
Defendant              Date                                        Defense Counsel       Date
                          12/13/06                                       _Rita Bonavita_   12-13-06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by November 22, 2006, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

## Receipt and Acknowledgment

Page 2: Mr. Ram has 0 dependents, his children are all financially independent.

Page 2: Mr. Ram does not have an alternate social security number, nor does he have 2 birthdays. His SSN is 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, his birthday is 12/31/52

Page 7, ¶33: Mr. Ram had surgery in India on April 1, 2005, not Richmond, VA.

Page 10, ¶60: Mr. Ram has no association with either Firedick or Eracer, he has never heard of them before.

Signed By: _Rita Bonuett_
(Defense Counsel/AUSA)

Date: _____