UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

MAY - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Moorthy Srinivasan Ram</u>　　　　　　　　　Docket No.: <u>CR 06-0210-01</u>

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ISSUE a warrant and upon issuance of the warrant schedule a hearing on violation of supervised release.

ORDER OF COURT

Considered and ordered this __8th__ day of __May__, 2007.

_____
Emmet G. Sullivan
United States District Judge