# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500
Fax (315) 234-8501

May 10, 2007

Clerk, U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

**FILED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: <u>USA V. MOORTHY S. RAM</u>; 5:07-MJ-132 (NDNY) (EGS)
District of Columbia Docket No. CR-06-210-01

Dear Clerk:

Enclosed are the certified copies of documents in connection with a Rule 40 appearance in this district on May 9, 2007 in the above entitled matter.

            Very truly yours,

            LAWRENCE K. BAERMAN, Clerk

            By: Terry J. Mitchell
               Deputy Clerk

Encls:
Docket Sheet
Financial Affidavit
Waiver of Rule 5 Hearings
Committment to Another District

CLOSED

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.0.3]
### (Syracuse)
### CRIMINAL DOCKET FOR CASE #: 5:07-mj-00132-GHL All Defendants
### Internal Use Only

Case title: USA v. Ram  
Other court case number: CR-06-210 District of Columbia

Date Filed: 05/10/2007  
Date Terminated: 05/09/2007

Assigned to: Magistrate Judge George H. Lowe

**Defendant**

**Moorthy Srinivasan Ram** (1)  
*TERMINATED: 05/09/2007*

represented by **Lisa A. Peebles**  
Office of the Federal Public Defender - Syracuse Office  
Districts of Northern New York & Vermont  
The Clinton Exchange, 3rd Floor  
4 Clinton Square  
Syracuse, NY 13202  
315-701-0080  
Fax: 315-701-0081  
Email: lisa.peebles@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK  
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file in my custody.  
# of pages (text) _2_; # of pages including (exhibits) _2_  
Dated _5/10/07_ Lawrence K. Baerman, Clerk  
by _____, Deputy Clerk.

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**
USA

represented by **Stephen C. Green**
Office of the United States Attorney - Syracuse
100 South Clinton Street
Syracuse, NY 13261-7198
315-448-0672
Fax: 315-448-0658
Email: stephen.green@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2007 | 1 | Rule 5(c)(3) Documents Received as to Moorthy Srinivasan Ram from District of Columbia (tjm) (Entered: 05/10/2007) |
| 05/09/2007 | 2 | WAIVER of Rule 5(c)(3) Hearing by Moorthy Srinivasan Ram (tjm) (Entered: 05/10/2007) |
| 05/09/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Moorthy Srinivasan Ram. Defendant committed to District of Columbia.. Signed by Judge George H. Lowe on 5/9/07. (tjm) (Entered: 05/10/2007) |
| 05/09/2007 |  | Minute Entry for proceedings held before Judge George H. Lowe :Initial Appearance in Rule 5(c)(3) Proceedings as to Moorthy Srinivasan Ram held on 5/9/2007. Appearances: AUSA Stephen Green, for United States; First Assistant PD Lisa A. Peebles, Esq., for Defendant. Defendant appears with counsel, is advised of the charge and his rights. Defendant is found eligible for assigned counsel and the Federal Public Defender is appointed. Defendant waives an identity hearing. Judge Lowe accepts the waiver as knowing and voluntary. Government moves to have Defendant committed to the District of Columbia to face charges pending there. Ms. Peebles for the Defendant requests that Defendant be released and permitted to self-report to the District of Columbia. Government objects. Judge Lowe denies the request and remands Defendant to custody of the U.S. Marshal for transport to the District of Columbia. (FTR Recording) (tjm) (Entered: 05/10/2007) |
| 05/09/2007 |  | (Court only) ***Terminated defendant Moorthy Srinivasan Ram, pending deadlines, and motions. (tjm) (Entered: 05/10/2007) |
| 05/10/2007 | 4 | NOTICE by Clerk transferring Rule 40 documents re Moorthy Srinivasan Ram to District of Columbia (tjm) (Entered: 05/10/2007) |

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

V.

__MOORTHY SRINIVASAN RAM__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __5:07-MJ-132__

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the _____ District of __COLUMBIA__ alleging violation of __Supervised Release__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  ~~a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and~~

(4)  ~~Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty;~~

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Defendant_

5/9/07
Date

_Defense Counsel_

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file in my custody.
# of pages (text) __6__; # of pages including (exhibits) __6__
Dated __5/10/07__ Lawrence K. Baerman, Clerk
by _____ Deputy Clerk.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.                                          COMMITMENT TO ANOTHER DISTRICT

MOORTHY SRINIVASAN RAM

| | DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|---|
| District of Arrest 5:07-MJ-132 | District of Offense CR-06-210-01 | | District of Arrest Northern District of New York | District of Offense Columbia |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A** __Warrant__ **charging a violation of U.S.C. §** Violation of Supervised Release

**DISTRICT OF OFFENSE DESCRIPTION OF CHARGES:**

**CURRENT BOND STATUS:**

___ Bail fixed at $ _____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest
_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense

Other (specify)

**Representation:** -Retained Own Counsel    X -Federal Defender Organization    - CJA Attorney    -None

**Interpreter Required?** X No    Yes    Language:

**DISTRICT OF** Columbia

TO: THE UNITED STATES MARSHAL You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Date: May 9, 2007

Judge _____
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file in my custody.
# of pages (text) ___; # of pages including (exhibits) _1_
Dated ___5/16/07___ Lawrence K. Baerman, Clerk
by _____, Deputy Clerk.

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |