Prob 19-DC
(1/82)

# United States District Court
## for the
### District of Columbia

FILED

MAY 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Moorthy Srinivasan Ram           Docket No.: CR 06210-01

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT
Moorthy Srinivasan Ram | SEX
Male | RACE
Indian | AGE
55 |
| ADDRESS (STREET, CITY, STATE)
No fixed address | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)
Untied States District Court, District of Columbia | | | |
| CLERK
Nancy Mayer-Whittington | (BY) DEPUTY CLERK
Dorothy Jones Patterson | | DATE
May 8, 2007 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED
05/08/07 | DATE EXECUTED
05/22/07 |
| EXECUTING AGENCY (NAME AND ADDRESS)
USMS   333 Constitution Ave NW   Washington D.C. 20001 | | |
| NAME
William Martin Dush | (BY)
[signature] | DATE
05/22/07 |

---

¹Insert designation of officer to whom the warrant is issued, e g , "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia," or "any United States Marshal, or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit "