IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
　　　　　　　　　　　　　 )　　No. 06-210 (EGS)
　　　　　v.　　　　　　　　)
　　　　　　　　　　　　　 )　　**FILED**
MOORTHY S. RAM　　　　　　)
　　　　　　　　　　　　　 )　　MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of defendant's unopposed oral motion for transfer, made in open court on May 22, 2007, it is by the Court hereby

**ORDERED** that Mr. Ram shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

5/24/07

　　　　　　　　　　　　　　　　THE HONORABLE EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

(N)