UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | Criminal No.: 06-210 (EGS) |
| | : | |
| MOORTHY RAM | : | |

MOTION TO ENTER APPEARANCE

Please enter Thomas A. Key as retained counsel of record in the above captioned matter.

Respectfully Submitted,

_____
Thomas A. Key
LAW OFFICES OF THOMAS A. KEY
641 Indiana Avenue, N.W.
2nd Floor
Washington, D.C. 20004
(202) 737-6500
Bar # 476595

CERTIFICATE OF SERVICE

I hereby certify that the above Motion was delivered via facsimile to AUSA Julieanne Himelstein, Office of the United States Attorney, (202)305-8537 at 555 Fourth St. NW, Washington D.C. 20001 on this 21st day of June, 2007.

_____
Thomas A. Key, Esq.