A 245 D (Rev DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.

Case Number   06-0210-01(EGS)

**MOORTHY SRINIVASAN RAM**

**FILED**
**JUN 27 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDGMENT IN A CRIMINAL CASE
For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, MOORTHY SRINIVASAN RAM, was represented by TOM KEY

It appearing that the defendant, who was sentenced on December 13, 2006 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 21st day of June, 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

Ten (10) months. The Bureau of Prisons shall give the defendant the appropriate credit for time served. The Bureau of Prisons shall also evaluate the defendant to determine his medical condition. If it is determined that a serious medical condition exits, it is recommended that the defendant be incarcerated at the Butner facility.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 29th day of June 2007

EMMET G. SULLIVAN, U.S. District Judge