from

MOORTHY SRINIVASAN RAM
311-799, E1B
CTF, Washington DC 20003

TO

The CLERK
US District Court
333, CONSTITUTION AV NW
Washington DC 20001

RECEIVED
JAN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
AUG 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file is GRANTED.

EMMET G. SULLIVAN
Judge, U.S. District Court
DATE: 8/1/07

US  V  Moorthy Srinivasan Ram
06·210·CR (EGS

RE:   28 USC 2255 Motion

Sir/Madam,
My above case 06-210 was decided pro se under
Hon· Judge Sullivan and I was sentenced on December 13, 2006
I have missed my dead line for filing an Appeal. I hereby
request permission to proceed in forma pauperis and file this
motion under 28 USC 2255.

Thanking You,
Sincerely,

JAN 2, 2007

Encl:   3 copies of 2255 Application
        3 copies of Memorandum.

PETITION UNDER 28 USC § 2255 TO VACATE

SET ASIDE, OR CORRECT SENTENCE BY

A PERSON IN FEDERAL CUSTODY

RECEIVED

JAN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MOORTHY SRINIVASAN RAM
311-799, E1B, CR 06-210
CORRECTIONAL TREATMENT FACILITY
1901 E STREET SE, WASHINGTON DC 20003

US v MOORTHY SRINIVASAN RAM

## MOTION

1. Name and location of Court which entered the judgement of conviction under attack.

United States District Court
WASHINGTON DC 20001

2. Date of Judgement of Conviction

December 13, 2006

3. Length of sentence

5 months

4. Nature of offense

Passport Fraud.

5.    What was your plea?

       (b) Guilty.

6.    If you pleaded not guilty, what kind of trial did you have?

       N/A.

7.    Did you testify at Trial?

       No.    N/A

8.    Did you appeal from judgement of conviction?

       NO.

9.    If you did appeal, answer the following.

       N/A

10.    Other than a direct appeal from judgement of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgement in any Federal Court?

       NO.

11.    If your answer to 10 was "yes" give the following information.

       N/A

12.    State concisely every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground

       Ground one

       Denial of effective Assistance of Counsel.

       (see attached Memorendum)

13. If any of the grounds listed in 12 were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them!

All the material presented came into defendant's attention due to diligent research in the PRISON LAW LIBRARY between the time the defendant signed the PLEA and the time of Sentencing.

14. Do you have any petition or appeal now pending in any Court as to the Judgement under attdet?

NO.

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgement attacked herein

(a) At Preliminary hearing
(b) At Arraignment of Plea
(c) At Trial
(d) At Sentencing.

MS. RITA BOSWORTH
Asst. Federal Public Defender
625 Indiana AV NW
Suite 500
Washington DC 20004
202 208 7500

16. Were you sentenced on more than one count of indictment, or on more than one indictment, in the same Court and at approximately the same time?

NO.

17. Do you have any future Sentence to serve after you complete the sentence imposed by the judgement under attdek?

No.

Page. 4.

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding

N/A

Signature of Attorney.

I, declare under penalty of Perjury that the foregoing is TRUE and Correct.

Executed on
Jan 2, 2007
Date.

Signature of Movant

Page 1

# MEMORANDUM

28 USC 2255

MOORTHY   SRINIVASAN RAM
06-210
311.799   CTF, Washington DC 20003

When a person applies for a US Passport at a
US Post office, U.S. Passport center or through an authorised Agent,
he/she is required to present the following documents.

(1) Passport Application
(2) Two passport size pictures
(3) An original Birth Certificate if born in USA or an
    original Naturalization Certificate if born outside the
    USA but naturalized citizen of USA after the required
    legal stay in USA
(4) Driver's License, as a form of ID if the applicant
    is old enough to drive
Social Security cards are not required to be shown at all.

In the past 25 years there have been no cases either in the
District of Columbia or any other courts in other circuits wherein a defendant
was convicted of a Passport Fraud Crime (18 USC    ) where he/she
used a wrong Social Security number in the Passport Application Form.
Most of these cases are involved with False Names, False Birth-
Certificates or Multiple passports owned by a single individual.

When I applied for my Temporary Passport in Chennai, Tamil Nadu,
India on September 13, 2003 (Govt. Exhibit/Discovery 1) I used
my own Name, my original Date of Birth but a false Social Security
number. The official at the U.S. Consulate where the application was made,
checked my name and date of birth in the data base and issued me the
Temporary Passport after verifying my Driver's License from Virginia.
He did not ask for my Social Security number at all.

There is no precedent in any Court in USA for convicting, let alone indicting a person for using a false Social Security number in the Passport Application.

When I came back to USA with my Temporary Passport (Validity 30 days) and when it expired, I did apply for a new one (Govt. Exhibit / Discovery 5) and got one in the mail within a few weeks. In that application for the new passport, I did not ever put any Social Security number in the designated column for the Social Security number.

I came to know about the role of Social Security number in the Passport Application by diligent research in the Prison Law Library, only after signing the Plea Agreement. I wrote a detailed letter to my Attorney Ms. Rita Bosworth about the same, as I was waiting for the PSI, before the Sentencing. I talked to her about the same when she came to CTF to discuss my PSI Report with me. She vehemently told me

(1) I pleaded Guilty
(2) She herself has prosecuted a number of Passport Fraud cases with false Social Security Number
(3) I was expecting only a SHORT sentence.

Not to be outdone, I requested an attorney friend of mine in Richmond, VA (my home town) to do some research for me and he also did NOT come up with a single case of Passport Fraud with false Social Security number.

At Sentencing, when the Hon. Judge Sullivan was calling me a "liar", I wanted to explain the whole situation to him, but again, my Attorney prevented me from doing so. Nevertheless I did write a detailed letter to the Judge after Sentencing.

My attorney Ms. Bosworth did not also file my Notice of Appeal I had sent to her office within the required 10 days of Sentencing on Dec. 13, 2006.

For the above reasons, I request That a hearing may be granted to set aside / vacate my sentence and indictment

Sincerely

Moorthy SRINIVASAN RAM
JAN 2, 2007.

<u>PETITION UNDER 28 USC § 2255 TO VACATE</u>

<u>SET ASIDE, OR CORRECT SENTENCE BY</u>

<u>A PERSON IN FEDERAL CUSTODY</u>

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MOORTHY SRINIVASAN RAM
311-799 CR 06-210
CORRECTIONAL TREATMENT FACILITY
E1B, 1901, E Street SE, WASHINGTON DC 20003

US V MOORTHY SRINIVASAN RAM

<u>MOTION</u>

1. Name and location of the COURT which entered the judgement of conviction under attack

UNITED STATES DISTRICT COURT
WASHINGTON DC 20001

2. Date of judgement of conviction

DECEMBER 13, 2006

3. Length of Sentence

5 months

4. Nature of offense

Passport Fraud.

5.    What was your plea?

      (b) Guilty

6.    If you pleaded not guilty, what kind of
     Trial did you have?

                    N/A

7.    Did you testify at Trial

     No    N/A

8.    Did you appeal from judgement of conviction?
             No

9.    If you did appeal, answer the following

     N/A

10.   Other than a direct appeal from judgement of conviction
     and sentence, have you previously filed any petitions
     applications or motions with respect to this judgement in
     any Federal Court?

        NO.

11.   If your answer to 10 was "Yes" give the
     following information.
          N/A

12.   State concisely every ground on which you claim that
     you are being held in violation of the Constitution, laws or
     treaties of the United States. Summarize briefly the
     facts supporting each ground.

     Ground One
     Denial of effective Assistance of Counsel
     (See attached Memorandum)

13. If any of the grounds listed in 12 were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them

All the material presented came into defendant's attention due to dilligent research in the PRISON LAW LIBRARY Between the time the defendant signed the PLEA Agreement and the time of Sentencing

14. Do you have any petition or appeal now pending in any Court as to the judgement under attack?

NO.

15. Give the name and address if known, of each attorney who represented you in the following stages of judgement attacked herein

a. At Preliminary Hearing
b. At Arraignment or Plea
c. At Trial
d. At Sentencing.

Mr. RITA BOSWORTH
Asst. Federal Public Defender
625, Indiana AV. NW
Suite 500
Washington DC 20004
202. 208. 7500

16. Were you sentenced, on more than one count of indictment, or on more than one indictment, in the same Court and at approximately the same time?

NO.

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgement under attack?

NO.

Page. 4.

Wherefore movant prays that the Court
grant Petitioner relief to which he may be
entitled in this proceeding.

N/A

Signature of Attorney.

I declare under penalty of perjury that the
foregoing is TRUE and CORRECT.

Executed on
Jan 2, 2007
Date

Signature of Movant.

Page 1

# MEMORANDUM

28 USC 2255

MOORTHY SRINIVASAN RAM
06-210
311-799 CTF, WASHINGTON DC 20003

When a person applies for a US Passport at a US Post office, US Passport Center or through an authorised Agent, he/she is required to present the following documents.

(1) Passport Application
(2) Two Passport size pictures
(3) An original Birth Certificate if born in U.S.A. or an original Naturalization Certificate if born outside the U.S.A but naturalized citizen of USA after the required legal stay in USA.
(4) Driver's License, as a form of I.D. if the applicant is old enough to drive.

Social Security cards are not required to be shown at all.

In the past 25 years there are no cases either in the District of Columbia or any other court in the other circuits wherein a defendant was convicted of a Passport Fraud crime (USC 18        ) where he/she used a wrong Social Security Number in the Passport Application Form. Most of these cases are involved with False Names, False Birth Certificates or Multiple passports owned by a single individual.

When I applied for my Temporary passport in Chennai, Tamil Nadu India on September 13, 2003 (Govt. Exhibit/Discovery 1) I used my own Name, my original Date of birth but a false Social Security Number. The official at the Embassy U.S. consulate, where the application was made, checked my name and date of birth in the data base and issued me the Temporary Passport after verifying my Driver's License from Virginia. He did not ask for my Social security card at all.

Moorthy Srinivasar Ram.    —    Memorendum    —

There is no precedent in any Court in USA for convicting, let alone indicting, a person for using a false Social Security number in the Passport Application.

When I came back to USA with the Temporary Passport (validity 30 days) and when the passport expired, I did reapply for a new one (Govt. Exhibit / Discovery No 5) and got one in the mail promptly within a few weeks. I did not even fill the application with any Social Security Number in the designated column for the same in the Application.

I came to know about the role of Social Security number in the Passport Application by diligent research in the Prison Law Library only after signing the Plea Agreement. I wrote a detailed letter to my Attorney Ms. Rita Bosworth about the same, as I was waiting for the PSI Report before the Sentencing. I talked to her about the same issues when she came to CTF to discuss my PSI Report. She vehemently told me that

(1) I pleaded Guilty
(2) She herself has prosecuted many Passport Fraud cases with False ~~Passport~~ Social Security Numbers
(3) I was getting only a SHORT sentence.

Not to be outdone, I requested an attorney friend of mine in Richmond, VA ( my home town ) to do some research for me and he also did NOT come up with a single case with False Social Security Number.

At Sentencing, when the Hon. Judge Sullivan was calling me a "Liar", I wanted to explain the whole situation to him, but again, my Attorney prevented me from doing so. Nevertheless I did write a detailed letter to the Judge also after Sentencing.

My attorney did not also file my Notice of Appeal which I had sent to her office within the required 10 days of Sentencing on Dec. 13, 2006.

Moorthy Srinivasan Ram.  Memorandum —    Page 3.

For the above reasons, I request that a hearing may be granted to set aside / vacate my Sentence and Indictment.

Sincerely,

Moorthy Srinivasan Ram

Jan 2, 2007.

<u>PETITION UNDER 28 USC § 2255 TO VACATE</u>,

<u>SET ASIDE, OR CORRECT SENTENCE BY A</u>

<u>PERSON IN FEDERAL CUSTODY</u>.


UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


MOORTHY SRINIVASAN RAM
311-799.  CR 06-210
CORRECTIONAL TREATMENT FACILITY
E 1 B
1901, E Street SE, WASHINGTON DC 20003

US v MOORTHY SRINIVASAN RAM


### MOTION

1. Name and location of the Court which entered the judgement of conviction under attack

    UNITED STATES DISTRICT COURT
    WASHINGTON, DC. 20001

2. Date of judgement of conviction

    DECEMBER 13, 2006

3. Length of Sentence.

    5 months

4. Nature of offenses.

    Passport Fraud.

5.    What was your plea?

(b) GUILTY

6.    If you pleaded not guilty, what kind of Trial did you have?

N/A

7.    Did you testify at Trial.

NO / N/A

8    Did you appeal from judgement of conviction?

NO

9.    If you did appeal, answer the following

N/A

10.    Other than a direct appeal from judgement of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgement in any federal court?

NO

11.    If your answer to 10 was "Yes" give the following Information.

N/A

12.    State concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground

(over)

(12)    Ground one.

Denial of effective Assistance of Counsel.

(See attached Memorandum.)

(13)    If any of the grounds listed in 12 A, B, C and D were not previously presented, State briefly what grounds were not so presented, and give your reasons for not presenting them.

All the material presented came into defendant's attention due to dilligent research in the PRISON LAW LIBRARY, between the time the defendant signed the Plea Agreement and the time of Sentencing.

(14)    Do you have any petition or appeal now pending in any court as to the Judgement under attack?

        No

(15)    Give the name and address, if known, of each attorney who represented you in the following stages of judgement attacked herein

(a)    At Preliminary hearing
(b)    At arraignment & Plea
(c)    At Trial
(d)    At Sentencing.

Ms. RITA BOSWORTH
Asst. Federal Public Defender
625, Indiana Av. NW
Suite 500
Washington DC 20004
202-208-7500

(16) Were you sentenced on more than one count of Indictment, or on more than one indictment, in the same Court and at approximately the same time?

No.

(17) Do you have any future sentence to serve after you complete the sentence imposed by the Judgement under attack?

No.

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

N/A

Signature of Attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Jan 2, 2007
Date

Signature of Movant.

Page 1.

# MEMORANDUM

28 USC 2255

MOORTHY SRINIVASAN RAM
06-210
311-799  CTF, Washington DC 20003

When a person applies for a US Passport at a U.S. Post Office, U.S. Passport Center or through an authorised Agent, he/she is required to present the following documents.

(1) Passport Application
(2) Two Passport size pictures
(3) An original Birth certificate if born in USA or an original Naturalization certificate if born outside the USA but naturalized citizen of USA after the required legal stay in USA
(4) Driver's License, as a form of ID if the applicant is old enough to drive

Social Security cards are not required to be shown at all.

In the past 25 years, there have been no cases either in the District of Columbia or any other courts in other circuits where in a defendant was convicted of a Passport Fraud (18 USC        ) where he/she used a wrong social security number in the Passport Application form. Most of these cases are involved with names used (False), False Birth certificates or Multiple passports issued to a single individual.

When I applied for my Temporary Passport in Chennai, Tamil Nadu, India on September 13, 2003 (Govt. Exhibit / Discovery) I used my own name, my original date of Birth but a false social security number. The official at the U.S. Consulate where my application was filed checked my details in the data base and issued me the Temporary Passport after verifying my Driver's License from Virginia. He did not ask for my Social Security number at all.

There is no precedent in any Court in USA for convicting, let alone indicting a person for using a false Social Security number in the Passport application.

When I came back to USA with the Temporary U.S. Passport (validity 30 days) and when the passport expired, I did reapply for a new one (Govt. Exhibit / Discovery No. 5) and got one in the mail promptly within a few weeks. I did not even fill the application with any Social Security number in the designated column for the same.

I came to know about the Social Security number and its role in the Passport Application by diligent research in the Prison Law Library only after signing the Plea Agreement. I wrote a letter to my attorney Ms. Rita Bosworth about the same, waiting for the PSI Report before the Sentencing date on Dec. 13, 2006. I talked to her about the same (the letter) when she met me in CTF to discuss the PSI Report in the third week of November, 2006. She vehemently told me that

(1) I pleaded GUILTY
(2) She herself has prosecuted Passport Fraud cases with false Social Security Numbers &
(3) I was getting only a short sentence.

Not to be outdone, I requested an attorney friend of mine in Richmond, VA (my home town) to do some research for me and he also did not come up with a single case with false Social Security Number.

At Sentencing when Hon. Judge Sullivan was calling me a "liar", I wanted to explain the whole situation to him but again my attorney Ms. Rita Bosworth prevented me from doing so. Nevertheless I did write a detailed letter to the Judge also.

My attorney did not also file my Notice of Appeal which I had sent to her office within 10 days of my Sentencing on Dec. 13, 2006.

Moorthy Srnivasan Ram. - Memorandum -    Page 3.

For the above reasons I request that a hearing may be granted to set aside/vacate my Sentence and Indictment.


Sincerely,

Moorthy Srnivasan Ram
Jan 2, 2007.