UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-210 (EGS) |
| ) | |
| MOORTHY SRINIVASAN RAM, ) | **FILED** |
| ) | |
| Defendant. ) | AUG - 2 2007 |
| ) | |
|  | NANCY MAYER WHITTINGTON, CLERK |
|  | U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant Moorthy Srinivasan Ram's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and the supplemental memorandum in support of this motion, it is by the Court hereby

**ORDERED** that the United States shall file a response to the motion [Dkt. No. 24] and supplemental memorandum [Dkt. No. 25] by no later than **September 7, 2007**.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          August 2, 2007