# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | **Criminal No. 06-210 (EGS)** |
| | * | |
| **v.** | * | |
| | * | |
| **MOORTHY SRINIVASAN RAM,** | * | |
| **Defendant.** | * | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney's Office for

the District of Columbia, hereby informs the Court that Assistant United States Attorney

Margaret J. Chriss is counsel of record on behalf of the United States in the above-captioned

case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078


___/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
D.C. Bar Number 452-403
Special Proceedings Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0874

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 28th day of August 2007, a copy of the foregoing Notice of Appearance was served via first class mail, postage pre-paid, upon:

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 438865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

_/s/_____
Assistant United States Attorney