UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | *   Criminal No. 06-210 (EGS) |
| | * |
| v. | * |
| | * |
| MOORTHY SRINIVASAN RAM, | * |
| Defendant. | * |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR
CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be allowed approximately sixty additional days, or until November 6, 2007, to file its response to defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. As grounds for this request, the United States represents as follows:

1. In his § 2255 motion, defendant contends that his two attorneys in this matter (Rita Bosworth, who represented him at his plea and sentencing hearings, and Thomas Key, who represented him at his supervised release hearings) were constitutionally ineffective in various respects.

2. In its August 2, 2007 Order, the Court directed the United States to file its response to defendant's motion by September 7, 2007.

3. Since receiving the Court's Order, the United States has obtained its trial file and has requested that transcripts be prepared of the plea proceeding, the sentencing and the supervised release revocation hearings in this matter.

4. To date, United States has received the transcript from the plea proceeding, but has not received the transcripts from the sentencing or the revocation hearings.

5. Defendant's § 2255 motion and supporting memoranda indicate that the transcripts from the sentencing and revocation hearings must be reviewed before the United States can respond to his motion. Thus, despite the best efforts of the United States to comply with the current deadline, additional time is required to prepare and complete our response. We respectfully request an extension of sixty days.

6. This amount of time will permit us to obtain the transcripts that have been ordered; to review the transcripts and our case file; to confer with counsel as necessary about defendant's claims; and to research and prepare the United States' response. We note further that undersigned counsel must prepare for an evidentiary hearing scheduled for September 11, 2007 and is required to file substantive responses in six cases over the next sixty days.

7. This enlargement of time will not unduly prejudice the defendant.

8. A proposed order is attached.

**WHEREFORE**, the United States respectfully requests that it be granted approximately sixty additional days, or until November 6, 2007, to file its response to defendant's § 2255 motion.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar Number 498-610

                                            ROBERT D. OKUN
                                            Assistant United States Attorney
                                            Chief, Special Proceedings Division
                                            D.C. Bar Number 457-078

                                            ___/s/_____
                                            MARGARET J. CHRISS
                                            Assistant United States Attorney
                                            D.C. Bar Number 452-403
                                            Special Proceedings Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0874

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 6th day of September 2007, a copy of the foregoing Motion for Extension of Time to File Response to defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, and proposed Order, was served via first class mail, postage pre-paid, upon:

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 43865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

                                            ___/s/_____
                                            Assistant United States Attorney