## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *   Criminal No. 06-210 (EGS) |
| | * |
| v. | * |
| | * |
| **MOORTHY SRINIVASAN RAM,** | * |
| Defendant. | * |

## ORDER

Upon consideration of the United States' Motion for Extension of Time to File Response to defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255, any opposition thereto, and for good cause shown, it is this ____ day of _____ 2007 hereby:

**ORDERED** that the motion is granted and that the United States shall file its response to defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255 by November 6, 2007.

**SO ORDERED**.

Date:_____                         _____
                                             United States District Judge

Copies to:

Margaret J. Chriss
Assistant United States Attorney

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 43865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525