UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *   **Criminal No. 06-210 (EGS)** |
| | * |
| **v.** | * |
| | * |
| **MOORTHY SRINIVASAN RAM,** | * |
| **Defendant.** | * |

**UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR
CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be allowed approximately sixty additional days, or until January 7, 2008, to file its response to defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. As grounds for this request, the United States represents as follows:

1. In his § 2255 motion, defendant contends that his two attorneys in this matter (Rita Bosworth, who represented him at his plea and sentencing hearings, and Thomas Key, who represented him at his supervised release hearings) were constitutionally ineffective in various respects.

2. The Court has ordered that the United States file a response to defendant's motion. That response is due by November 6, 2007.

3. After receiving the Court's initial Order directing the United States to respond to defendant's motion, the United States obtained its trial file and requested that transcripts be prepared of the plea proceeding, the sentencing and the supervised release revocation

hearings in this matter. The United States then filed a motion requesting additional time to file its response because it had received only the transcript from the plea proceeding.

4. Since the filing of our first motion seeking additional time, the United States has received the transcript from the sentencing. However, the United States has not received the transcripts from the revocation hearings and the transcript from the sentencing hearing was not received until October 31, 2007. Recent telephone calls to the court reporters to inquire about the status of the transcripts from the revocation hearings revealed that, for an unknown reason, they did not receive copies of the United States' request for transcripts. Hence, we recently re-submitted those requests.

5. Defendant's § 2255 motion and supporting memoranda indicate that the transcripts from the revocation hearings must be reviewed before the United States can respond to his motion. Thus, despite the best efforts of the United States to comply with the current deadline, additional time is required to prepare and complete our response. We respectfully request an extension of approximately sixty days.

6. This amount of time will permit us to obtain the transcripts that have been ordered; to review the transcripts and our case file; to confer with counsel as necessary about defendant's claims; and to research and prepare the United States' response. We note further that undersigned counsel must prepare for hearings scheduled for November 30, 2007 and December 11, 2007 and is required to file substantive responses in six cases over the next sixty days.

7. This enlargement of time will not unduly prejudice the defendant.

8. A proposed order is attached.

**WHEREFORE**, the United States respectfully requests that it be granted approximately sixty additional days, or until January 7, 2008, to file its response to defendant's § 2255 motion.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          United States Attorney
                          D.C. Bar Number 498-610

                          ROBERT D. OKUN
                          Assistant United States Attorney
                          Chief, Special Proceedings Division
                          D.C. Bar Number 457-078

                          ____/s/_____
                          MARGARET J. CHRISS
                          Assistant United States Attorney
                          D.C. Bar Number 452-403
                          Special Proceedings Division
                          555 4th Street, N.W.
                          Washington, D.C.  20530
                          (202) 307-0874
                          Margaret.Chriss@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 5th day of November 2007, a copy of the foregoing Second Motion for Extension of Time to File Response to defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, and proposed Order, was served via first class mail, postage pre-paid, upon:

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 43865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

                          ___/s/_____
                          Assistant United States Attorney