## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | *<br>*<br>*  **Criminal No. 06-210 (EGS)**<br>* |
| **v.** | *<br>* |
| **MOORTHY SRINIVASAN RAM,**<br>            **Defendant.** | *<br>* |

### ORDER

Upon consideration of the United States' Second Motion for Extension of Time to File Response to defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255, any opposition thereto, and for good cause shown, it is this ____ day of _____ 2007 hereby:

**ORDERED** that the motion is granted and that the United States shall file its response to defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255 by January 7, 2008.

**SO ORDERED**.

Date:_____                              _____
                                                  United States District Judge


Copies to:

Margaret J. Chriss
Assistant United States Attorney

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 43865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525