From
Moorthy S Ram
43865-053
SPC Hazelton,
P O Box 2000
Bruceton Mills, W VA 26525

To
Judge Sullivan,
US District Court
Washington DC 20001

*Leave to file is GRANTED.*

EMMET G. SULLIVAN
Judge, U.S. District Court
DATE: 11/20/07

CR 06-210 (EGS)

FILED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RE: US v Ram - Second Extension granted to US Attorney - Dated Nov 5,2007- 1:06-cr-210**

Dear Sir,
I am greatly disappointed by the extension granted to the US Attorney in the above matter. It is surprising that the US Attorney, with all her powers, is unable to give a reply to a simple motion for the past 4 months.

I am set to be released on March 7,2008. The US Attorney's reply is not going to help me in any way since my half way house date is scheduled to be the 7th of Feb 2008. The fact that the US Attorney is unable to get the transcript for the Plea Bargaining done in October of 2006 from the Clerk's office should not be a detriment to the freedom of the defendant.

I request that the extension be reduced to 30 days and the US Attorney to be ordered to file the reply by the 7th of December, 2007 and not the 7th of January, 2008

Thanking You,
Sincerely,

Moorthy S Ram
Nov 8,2007