UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-210 (EGS) |
| ) | |
| MOORTHY SRINIVASAN RAM, ) | |
| ) | |
| Defendant. ) | |

FILED
DEC - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Clerk of the Court is ordered to transmit copies of the attached letters to Government counsel and to counsel for the defendant.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          December 5, 2007

Moorthy S Ram (MD)
311-799
CTF- unit E1B
1901, E Street SE
Washington DC 20003

Hon Judge Sullivan
When you sentenced me yesterday, you told me in no unequivocal terms that you considered me as a monster, albeit an educated one. I would like to explain some things to you.

I had written this letter to you about a month ago but my Attorney would not allow me to send it to you.

I came to USA in 1976 after completing MD in India. I finished all my Residencies in New York Hospitals and started practising as an Endocrinologist (Specialist in Diabetes and Hormonal disorders). I opened my office in a poorer sector of Queens, NY called Far Rockaway and thrived to be established as a group with 8 doctors and 18 employees in a few years.

In 1989 my office was burned down in a fire which the ATF called ARSON. After 5 years and 3 AUSAs they arrested me and charged me with Arson, Mail fraud (I had filed claims to the Insurance company) and Tampering of witnesses (Not intimidation as you told me). Two of my employees had by then become Prosecution witnesses and they changed their account of the incident and hence the Tampering charges.

I had nothing to do with the fire and I defended my innocence vigorously. By 1994 when the Trial started in the Eastern Dt of NY I had rebuilt my office even though the Insurance company had denied my claims. Various aspects of the Trial went back and forth between District Court and the 2nd Circuit Court of Appeals including Prosecutorial Misconduct. Mr Cohen the AUSA was reprimanded by the Judge Hon. Joanna Seybert (East Meadow, NY Now) and the New York State Bar (He no longer works for the Eastern Dt of NY)

PAGE 2

All said and done, in the end I was convicted and sent to prison for 84 months. I did serve most of it in a camp in McKean, PA thanks to my Case Manager in Fort Dix, NJ whom I helped through her twin pregnancy with Diabetes.

I had an exemplary record in the prison. I taught GED (graduated more than 40 kids) helped in the Prison Hospital and worked for the Drug Program. I was not so successful at the 'Home' front. Grappling with the "Immigration Mentality" my family members, including my dear wife of 13 years (a doctor herself) shied away from me, resulting in my divorce in 1999.

I do not know, to this day, what or who caused the fire that changed my life. I would perhaps never know and carry the scar to my death bed.

I came out of prison in 2000 (the end of 1999, actually) with no money, no job and no family. Slept in park benches, stayed in shelters and slowly got into the pharmacy work force. Thanks to my past, kept losing my jobs. Could not work in fast food chains due to my Hepatitis B status (acquired from my ex-wife). With frustration mounting, decided to establish a new identity without hurting anyone. Took my deceased father's SS number (He lived with me for many years in USA with my and the rest was easy. Soon I was able to get good, well paying jobs and started saving for the Pharmacy School.

I was in India in Sep 2003 when I had lost my passport. I went to the American Embassy in Madras, India and got a Temporary Passport filling out an application with my father's SS Number which resulted in my conviction now. When I came back to USA with the Temporary Passport after its expiry (30 days) I applied for a new one, unfortunately making the mistake of using my real SS number. That raised some flags and lead to my conviction.

Even though I have used my father's SS number to establish a new ID, I have not hurt any one. (my dad passed away in 1995) or my country, USA. This is my home and I will defend it by any means.

Page: 3

As far as my indictment goes, I would like to state the following.

When someone applies for a US Passport, this is what happens:

If you are a US born citizen, you fill out the application form, include your Birth Certificate (and Driver's License, if you are old enough to drive) with 2 pictures.

If you are foreign born like me, you include the Naturalization Document along with the ones mentioned above.

YOU DO NOT NEED YOUR SS CARD AT ALL. To prove this, when I come back to USA with my Temporary Passport I applied for a new passport with my original SS number with the column for the SS number in the form not filled at all and I received a passport in no time at all (Govt. Exhibit in my case No 5).

As the Judge in one of the cases (Feb 2nd '57 Page 1648) observed "As long as you can establish it you are a US Citizen, that is all needed for the issuance of a US Passport."

I have gone through all the published cases in DC Court and the Nine Circuits of Appeals Courts. THERE IS NO CASE WHERE THE DEFENDANT WAS CONVICTED BECAUSE OF WRONG SOCIAL SECURITY NUMBER. You can ask your clerks to look at what I have researched and see for themselves. When I told my Attorney (Rita Bosworth) about this, she bluntly told me that she herself has tried cases with false SS numbers and she would not let me send the documents to you.

I have the dubious distinction of being the first defendant to be convicted of Passport Fraud with a false SS Number even though I am a legitimate US Citizen and used my own original NAME and Date of Birth unlike all the other convicted cases.

Page 4

As you can understand by now, I have not hurt any one even though I have broken several rules. All my life I have helped hundreds of people. I am not a liar as you characterised me in the Court.

I was ready to pursue a degree in Pharmacy (I can run a pharmacy even now but I need the paper to say I am ~~now~~ a qualified Pharmacist) but with the imposition of 3 years of Supervisory Release, you have effectively blocked my chances of attending a school either in India or here in USA (I am 54 years old now). I was hoping you would give me a term of Imprisonment but no S-R.

This is my case and as you can see I am an average American trying hard to make my life better. I am not a pathological liar as you might think. I am reasonably educated but underemployed, trying hard to have a decent life.

That's all, Your Honor and thanks for your patience.

HAPPY HOLIDAYS!

Dec-14, 06.