UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-210 (EGS) |
| ) | |
| MOORTHY SRINIVASAN RAM, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the United States' Motion For An Order Finding Waiver of Attorney-Client Privilege With Respect To The Claims Of Ineffective Assistance of Counsel Raised in Defendant's Petition Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody, and defendant's response thereto, it is hereby

**ORDERED** that the attorney-client privilege as it applies to defendant's former counsel, Rita Bosworth, in relation to matters raised by defendant in his pro se Petition Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody and his memoranda in support thereof, shall be deemed waived; and it is

**FURTHER ORDERED** that Ms. Bosworth shall be permitted to discuss her representation of the defendant with the United States, disclose to the United States any documents in her possession that relate to the defendant's post-conviction claims, provide an affidavit or declaration (if necessary) relating to

the defendant's claims, and testify at an evidentiary hearing (if necessary) with respect to her representation of the defendant in this case; and it is

**FURTHER ORDERED** that Ms. Bosworth shall send any records in her possession pertaining to defendant's case to defendant via U.S. Mail at the address listed below by December 12, 2007.

**SO ORDERED.**

Signed:  **Emmet G. Sullivan**
**United States District Judge**
**December 10, 2007**

Copies to:
Margaret J. Chriss
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530-0001

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 43865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Ms. Rita Bosworth
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004