From
Moorthy S Ram
43865-053
P O Box 2000
SPC Hazelton,
Bruceton Mills, W VA 25625

To
Hon Judge Sullivan
Federal District Court
333 Constitution Ave
Washington DC 20001

*Leave to file is GRANTED.*
*E Sullivan*
*EMMET G. SULLIVAN*
*Judge, U.S. District Court*
DATE: 12/10/07

**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: US v Ram
CR 210-06
2255 Motion

Sir,
As you are aware, my 2255 motion is in your Court awaiting a Hearing. Inspite of repeated requests I have not been able to get my case records either from Ms Rita Bosworth, the Federal Public Defender or Ms Erin Byrne, my Probation Officer. Would you please order them to send all my case material so that I could be well prepared for the Hearing?
Thanking You,
Sincerely,

Moorthy S Ram
Sept 26, 2007

CC: Ms Rita Bosworth, Federal Public Defender
    Ms. Erin Byrne, US Probation Officer.