From
Moorthy S Ram   - CR 06-210
43865-053
SPC Hazelton,
Bruceton Mills, W VA 26525

To
Hon. Judge Sullivan
US District Court
Washington DC 20003

*Leave to file is GRANTED.*

*E Sullivan*
*EMMET G. SULLIVAN*
*Judge, U.S. District Court*
DATE: 12/10/07

**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: WAIVER OF ATTORNEY CLIENT PREVILEGE
MOTION FILED BY MS M. J. CHRISS DATED NOV 27, 2007

Sir,
I hereby waive my attorney client privilege and request Ms Rita Bosworth to talk to Ms Margaret J Chriss regarding the documents she has relating to my case.
I am also authorizing Mr Thomas Kaye, if needed, to do the same.

Sincerely,

Moorthy S Ram
Dec 2, 2007

CC: Margaret J Chriss