**Exhibit C**

PROB 12A-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
# FOR THE
# THE DISTRICT OF COLUMBIA

U.S.A. vs. **Moorthy Srinivasan Ram**　　　　　Docket No.: **CR 06-0210-01**

**REQUEST FOR COURSE OF ACTION**
(Statement of Alleged Violation(s) of Supervised Release )

**FILED**

MAY - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW **Erin Byrne**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Moorthy Srinivasan Ram**, who was placed on Superbvised Release by the Honorable **Emmet G. Sullivan**, United States District Judge, sitting in the Court at Washington, D.C., on the **13th** day of **December, 2006**, who fixed the period of Superbvised Release at **three** years, and imposed the general terms and conditions of Superbvised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

2) Shall cooperated in the collection of DNA.

On December 13, 2006, Mr. Ram was sentenced by Your Honor to five months imprisonment, followed by three years supervised release, subsequent to pleading guilty to Passport Fraud. The Court ordered at $100 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Statement of Alleged Violation(s) of Supervised Release**

1. **Shall not leave the judicial district without the permission of the court or probation officer. (Standard Condition)**

(N)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／7

Moorthy Srinivasan Ram
Docket No.: CR 06-0210-01
Page 2

2. Shall answer truthfully all inquiries by the probation office and follow the instructions of the probation officer. (Standard Condition)

Respectfully submitted,

Erin Byrne
United States Probation Officer
(202) 565-1356

Approved By:

Shawn A. Suber, Supervising
United States Probation Officer
(202) 565-1333

**Notice of Delivery To Parties:**

Julieanne Himelstein
555 Fourth Street, NW
Washington, DC 20530
(202) 514-8203

Rita Bosworth
325 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500

Moorthy Srinivasan Ram