**Exhibit D**

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA
PROBATION OFFICE

GENNINE A. HAGAR
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

November 27, 2007

**To:** Honorable Emmet G. Sullivan
United States District Judge

**Through:** Shawn A. Suber, Supervising
United States Probation Officer
(202) 565-1333

**From:** Erin Byrne
United States Probation Officer
(202) 565-1356

**Re:** **RAM, Moorthy Srinivasan**
**Docket No.: CR 06-210**
**VIOLATION REPORT/WARRANT REQUESTED**



**SENTENCE:** On December 13, 2006, Mr. Ram was sentenced by Your Honor to five months imprisonment, followed by three years supervised release, subsequent to pleading guilty to Passport Fraud. The Court ordered a $100 special assessment to be paid in full during the period of supervised release, and the following special conditions: 1) Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon, and 2) Shall cooperated in the collection of DNA.

Mr. Ram's supervised release commenced on March 21, 2007, and is scheduled to expire on March 20, 2010.

**ISSUE:** Reference is made to the attached petition in which a warrant is requested. Mr. Ram is charged with allegedly violating the following conditions of supervised release:

1. **Shall not leave the judicial district without the permission of the court or probation officer. (Standard Condition)**

On April 26, 2007, Mr. Patrick Cooper, with the Canada Border Services Agency contacted this officer to advise that Mr. Ram was illegally attempting to enter Canada under the alias Ram Srinivasan. It was further revealed, that Mr. Ram was also in Canada on April 11, and 12, 2007, without permission from the probation office nor the Court.

RAM, Moorthy
Docket No.: CR 06-210
Page 3

Mr. Cooper informed this officer that Mr. Ram advised he had permission to travel out of the country to see his daughter.

Mr. Ram was detained on April 26, 2007, and found inadmissable to Canada and was ordered to be deported on May 8, 2007, to the United States Customs and Border Protection, Alexandria Bay, New York Border Crossing.

2. **Shall answer truthfully all inquiries by the probation office and follow the instructions of the probation officer. (Standard Condition)**

Mr. Ram advised this officer that he was attending the Virginia Commonwealth University, Pharmacy School and was employed as a graduate student. Mr. Ram was instructed to submit a copy of his course registration, schedule, and documentation of his position as a graduate student. On April 17, 2007, Mr. Ram faxed documentation of enrollment at the Virginia Commonwealth University, School of Pharmacy for the spring semester. On April 23, 2007, this officer attempted to contact the student advisor, Pharm D Program, Sandy Lyle, who allegedly signed the course schedule Mr. Ram presented as verification for enrollment at the university. This officer was informed that Sandy Lyle did not work at the school of Pharmacy. In addition, it was revealed that there was no record of Mr. Ram's enrollment at the Virginia Commonwealth University.

On April 23, 2007, when questioned by this officer, Mr. Ram continued to claim he was enrolled at the University. Mr. Ram was instructed to provide accurate contact information for this officer to verify his enrollment. On April 25, 2007, Mr. Ram left this officer a voice mail indicating he was suspended from the Pharmacy School, and he would return to the Washington, D.C. Metropolitan area on Monday, April 30, 2007, from Richmond, Virginia, to secure a new residence. Mr. Ram failed to do so.

**SUPERVISION ADJUSTMENT:** Poor. Upon release from incarceration Mr. Ram was granted permission to travel to Richmond, Virginia to secure a residence. A request for transfer of supervision was requested, but denied by the United States Probation Office, for the Eastern District of Virginia. The aforementioned violations were revealed upon further investigation to validate the request for transfer. Therefore, Mr. Ram has failed to secure a viable residence, and gainful employment. However, Mr. Ram attended offender orientation as instructed and paid his special assessment in full. A DNA sample was submitted while incarcerated.

**STATUTORY GUIDELINES AND OPTIONS:** Pursuant to U.S.S.G. § 7B1.1(a)(3), Mr. Ram's alleged violation represents a Grade C violation. Pursuant to U.S.S.G., § 7B1.3(a)(2), upon finding of a Grade C violation, the Court may (A) revoke supervised release; or (B) extend the term of supervised release and/or modify the conditions of supervision. The revocation table range is **4-10** months for a Criminal History Category II, and a Grade C violation, pursuant to U.S.S.G. § 7B1.4(a).

RAM, Moorthy
Docket No.: CR 06-210
Page 3

Pursuant to Title 18 U.S.C. § 3583(e)(3), the maximum prison term imposed upon revocation of supervised release is 24 months for a Class C felony, the offense for which Mr. Ram is on supervision.

Should the Court revoke supervised release and impose a period of imprisonment that is less than the maximum statutory term of imprisonment, the Court may reimpose a term of supervised release after imprisonment. According to Title 18 U.S.C. § 3583(h) and U.S.S. G. § 7B1.3(g)(2), the length of supervised release shall not exceed the term of supervision authorized by statute (twenty four months), less than any term of imprisonment that is imposed upon revocation of supervised release.

According to Title 18 U.S.C. § 3401(i), since this is a supervised release case, the Court has the authority to delegate the Magistrate Judge to conduct a hearing on violation of supervised release, and report his/her findings to the Court.

**RECOMMENDATION:** As evident of Mr. Ram's attempt to leave the country illegally, we request a warrant be issued/lodged as a detainer, and a hearing on violation be scheduled upon execution of the warrant.

Should Your Honor concur, the attached Probation Form 12 has been prepared.

Attachment: Probation Form 12

_____
**Emmet G. Sullivan**
**United States District Judge**


_____
**Date**