**Exhibit F**

Ram.                                                         Nov 31, 06

Dear Mr. Bosworth,

Please read thru the following 4 Pages and let me know what you think of it.

PLEASE BE PATIENT!
I could not get to a Type-writer and pardon my poor hand writing

Regards,

Ram

( Page 1 )

Your Honor,

From the papers on your desk, you might think of me as a monster, having committed a crime of moral turpitude in the past. I would like, with your kind permission, to explain a few things.

I came to USA in 1976 as a legal immigrant, having completed M.D., in India. I did my Residency in Medicine and fellowship in Endocrinology (study of Diabetes and Hormones) in NY Hospitals and became a Specialist in Endocrinology in 1981. I started my practice in a poorer section of Queens, NY in a neighborhood called Far Rockaway. In a few years, my practice had grown to include 8 Physicians and 18 employees.

In August of 1993, my office was destroyed in a fire which was termed Arson later. As any sane man would do, I filed Insurance claim with my carrier, rebuilt the office and continued to practise there. In 1994 I was charged with Arson, Mail Fraud and Tampering of witnesses (and not intimidating of witnesses, as the Pre Trial papers say. Two of my employees had become Prosecution witnesses, wore wires and talked to me in detail. I told them to maintain what they have been saying to authorities from the beginning of the investigation. They changed their story when they testified before Grand Jury and the ensuing trial. (and hence the Tampering charge)

I maintained my innocense thru out the Trial and to this day do not know how the fire destroyed my office more than 13 years ago. Unfortunately I do not have any "caveats" like DNA evidence in rape cases which has exonerated many a defendant in rape cases.

12/12/2007 11:50 FAX 2025013829  FEDERAL PUBLIC DEFENDER  ☒003
Case 1:06-cr-00210-EGS   Document 40-7   Filed 12/20/2007   Page 4 of 7

Page 4

I fought the case, spending thousands of dollars, going back and forth, between the 2nd Circuit Court and the District Court in Eastern NY. My Judge Hon. Joanna Seybert chided the AUSA J. Cohen Esq. for Prosecutorial Misconduct and the NY Bar also reprimanded him later. All said and done, I spent almost 6 years in prison for a conviction based on circumstantial evidence. (Mr. Cohen, the AUSA resigned from Eastern Dt. of NY after the trial.) During those six years I lost my license to practise Medicine, my wife, my children and my family. I came out of prison by the end of 1999 with practically nothing.

The last six years (2000-2006) have been the most trying of my life. I was homeless, jobless, slept in Park benches, stayed in shelters and slowly built up my career as a Pharm Tech. I am slowly marching towards a career as a Pharmacist.

In September, 2003 I went to India to attend my father's funeral. I was running around crazy, after the funeral collecting Pharmacy School Applications from good schools in India. During one of those travels, I lost my brief case with my US Passport, my Airline Ticket and some money. (Incidentally the Pharmacy Schools in India cost $7000 per year as opposed to 50K in USA.)

I went to the nearest US Consulate in Chennai Tamil Nadu, thinking that I will get some form of document so that I could go back to USA. I was delighted to hear that I could get a Temporary Passport which would be valid for 30 days. I applied for one showing my US Driver's License (VA) as my ID and that is when I made

(Page 3)

the mistake of putting the wrong SS number which resulted in my conviction. 3 years later I returned to USA and reapplied for a new passport with a new application (along with the expired passport) and got a new one in Nov. 2003.

As opposed to the prior conviction, I am pleading guilty now since I know I made the mistake. Nevertheless the followings points might prove themselves to be very interesting.

When you apply for a US Passport, The documents needed are as follows.

(1) If you are US born, The application, Birth-Certificate and the Driver's License (as a form of ID if you are old enough to Drive)

(2) If you are a naturalized Citizen (like myself) The Naturalisation Document and the Driver's License. The SOCIAL SECURITY CARD is not required at all. In fact in US v MOUNT, 757 F2d - Page 1315, the Judge remarks that* as long as one can prove that he or she is an American Citizen, they satisfy the requirement for the Passport. Further in the last 25 years or so, there is no PUBLISHED case wherein the defendant was convicted because of a False SS number. Most of the cases are due to Name fraud or Birth Certificate Fraud. Looks like I will have the dubious distinction of being the first one to be convicted for putting the wrong SS Number. (In fact in Oct 2003 Passport application, to replace the Temporary one obtained in India, I did not even put any number in the SS column in the application. Discovery Document #7)

*US v Mount 757 F2nd Page 1315

12/12/2007 11:51 FAX 2025013829   FEDERAL PUBLIC DEFENDER   ☒005
Case 1:06-cr-00210-EGS   Document 40-7   Filed 12/20/2007   Page 6 of 7

Page 4

Much has been made about the fact that I live in an extended stay Hotel in Richmond, VA. I used to live in an apartment (much cheaper than the extended stay places) until July of 2006. I knew that I was going to leave for India for 4 years to finish Pharmacy School and hence I did not extend my apartment lease for another year. The obvious choice was to live in an extended stay place for a few weeks, paying one payment for everything from Rent to utilities, not worrying about various contracts.

Regarding the arrest warrant in Chesterfield County, VA - I had bought a car and when I came home with it I got the news that I have been accepted to a Pharmacy School in India. So I returned the car, put a STOP Payment on the check and hence the litigation.

I am slowly but steadily marching towards a career in Pharmacy. Even though I have already lost a Semester in School, I I can, with your help, start the winter Session in India so that I will not lose all the money I have already paid for the whole year.

I would humbly request you to look into these factors before sentencing me.

Thank you,

Moorthy S Ram
311-799-E1B
CTF, Washington DC 20003

Legal Mail

Rita Bosworth Esq
625, Indiana Av. NW
suite 550
Washington DC 20004