**Exhibit G**

Dear Ms. Bosworth,

I am interested in filing an Appeal on my Sentence and would appreciate an input.

(1) My conviction was a E Felony and the THREE Years Supervisory Release imposed on it seems unfair. I went through the whole chapter on S.R. and my crime deserves only A YEAR of SR. (unless the Judge finds extraordinary circumstances) I had already been put in Criminal Category Level II for my previous crime and the Prosecutor did not make the accusations she made at Sentence Hearing a part of my Criminal Record.

I am enclosing an Appeals Form and after reading thru this letter (to the end) if you feel it is appropriate, pl. file it.

(2) I asked a lawyer friend of mine to look thru Lexus Nexus at Passport Fraud cases. After a thorough search he has concluded that THERE ARE NO CASES in which a Defendant was convicted of Passport Fraud because of a wrong Social Security Number (either in DC Court or any other circuits). He wants me to file a 2255 after waiting for 10 days after the sentencing Day so that I can claim I missed the deadline for the Direct Appeal.

I need your input

Direct Appeal Vs 2255.
I came you are aware that I cannot raise the SS issue on Direct Appeal since we never raised it in the District Court. I could try Ineffective Assistance of Counsel and I DO NOT want to raise

Since Friday will be the last day for Direct Appeal, would appreciate your Input.

You could give my UNIT (E1B) Manager Mr. CARTER a call and he will call me so that I will file the Direct Appeal if you think it is more appropriate.

Thanks,

Ram

Dec 18, 06

PS: If you are unable to call my unit please call my sister Prema on Thursday night and I will do the needful on Friday.

614 752 3944 (w)
614 933 9994 (H)

Ram

Moorthy Srinivasan Ram
311-799
E1B, Correctional Treatment Center
Washington DC 20003

In the United States District Court
for the District of Columbia

United States
v.
Moorthy Srinivasan Ram

Case No: CR 210-06
Notice of Appeal

Comes Now the Defendant MOORTHY SRINIVASAN RAM, Pro Se, and hereby gives Notice of Appeal from Judgement and Sentence imposed by this Court on December 13, 2006.

Respectfully submitted on the 19th Day of December, 2006

Moorthy S. Ram
12/19/06

Mailed this 19th Day of December 2006.
US Attorney
District Court
Washington DC.

Rita Bosworth Esq
Public Defender
Washington DC 20004

M S Ram
311-799
E1B, CTF
Washington DC 20003



SOUTHERN MD 207
19 DEC 2006 PM 2 T

Ms. Rita Bosworth
Assistant Federal Public Defender
625, Indiana Av NW
Suite 550
Washington DC 20004

20004+2501 C020