**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *   **Criminal No. 06-210 (EGS)** |
| | * |
| v. | * |
| | * |
| **MOORTHY SRINIVASAN RAM,** | * |
| **Defendant.** | * |

**NOTICE OF FILING -**
**DECLARATION OF THOMAS A. KEY, ESQ.**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files the attached Affidavit of Thomas A. Key, Esq. In accordance with the Court's January 29, 2008 Order, this Declaration is submitted as a supplement to the United States' December 20, 2007 Opposition to petitioner's Petitions Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody.

February 7, 2008

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

_____/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
D.C. Bar Number 452-403
Special Proceedings Division
Margaret.Chriss@usdoj.gov
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0874

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, this 7th day of February 2008, a copy of the foregoing Notice of Filing - Declaration of Thomas A. Key, Esq., was served via first class mail, postage pre-paid, upon:

Mr. Moorthy Srinivasan Ram
Fed. Reg. # 43865-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

                                                    /s/
                                                Margaret J. Chriss
                                                Assistant United States Attorney