UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-210 (EGS) |
| | ) | |
| MOORTHY SRINIVASAN RAM, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Pending before the Court is defendant's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255. This Motion was filed on August 1, 2007 and pertains to the representation provided by defendant's Federal Public Defender from the time of defendant's arrest until after his sentencing. In addition to this motion, defendant, acting *pro se*, also filed a "supplemental memorandum" dated August 1, 2007, which reiterated most of his initial claims and also challenged a later sentence defendant received for violation of the terms of his supervised release. The government has asked the Court to treat the filings as two separate motions, and to deny them in separate judgments to ensure compliance with Fed. R. Civ. P. 58. The government contends that to the extent that successive § 2255 proceedings are not allowed without permission from the Court of Appeals, defendant's subsequent filing did not constitute a "successive" motion because this Court had not ruled on the merits of the initial motion when the

supplement was filed. *See In re Robert Moore*, 196 F.3d 252, 254-55 (D.C. Cir. 1999). The Court agrees and will thus address the claims included in defendant's "supplemental memorandum" in a separate order. This order disposes of defendant's claims regarding representation by his Federal Public Defender.

The Court has considered the defendant's Motion, the response and reply thereto, the applicable law, the entire record, and the testimony received during the evidentiary hearing in this matter. For the reasons stated in open Court, and substantially for the reasons articulated by the government, the Court **DENIES** defendant's Motion. This is a final, appealable order.

Defendant is advised that he has sixty days from the date of this order within which to appeal the denial of his motion. *See* Fed. R. App. P. 4(a). In order to appeal, defendant must first request a Certificate of Appealability from this Court. *See United States v. Mitchell*, 216 F.3d 1126, 1130 (D.C. Cir. 2000). If the district judge denies the certificate, the applicant may request a circuit judge to issue the certificate. *Id.* at 1129.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**February 22, 2008**