UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
           v.                  )   Criminal No. 06-210 (EGS)
                               )
MOORTHY SRINIVASAN RAM,        )
                               )
              Defendant.       )
_____)
```

ORDER

Pending before the Court is defendant's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255. This Motion was filed on August 1, 2007 and pertains to the representation provided by defendant's attorney at the Hearing on Violation held on June 21, 2007. Defendant, acting *pro se*, presented these claims in a "supplemental memorandum" dated August 1, 2007, which was filed the same day as his initial Motion to Vacate his sentence for the underlying offense of passport fraud. In this supplemental filing, he reiterates many of the claims included in his Motion, but also adds claims for ineffective assistance of counsel at the hearing on violation of supervised release which resulted in a subsequent period of incarceration. The government has asked the Court to treat the filings as two separate motions, and to deny them in separate judgments to ensure compliance with Fed. R. Civ. P. 58. The government contends that to the extent that successive § 2255 proceedings are not allowed without permission from the Court of Appeals, defendant's subsequent

filing did not constitute a "successive" motion because this Court had not ruled on the merits of the initial motion when the supplement was filed. *See In re Robert Moore*, 196 F.3d 252, 254-55 (D.C. Cir. 1999). The Court agrees and thus addresses the claims included in defendant's initial motion in a separate order. This order disposes of the new claims put forth in his supplemental memorandum pertaining to defendant's attorney at the hearing on violation.

The Court has considered defendant's Motion, the response and reply thereto, the applicable law, the entire record, and the testimony received during the evidentiary hearing in this matter. For the reasons stated in open Court, and substantially for the reasons articulated by the government, the Court **DENIES** defendant's Motion. This is a final, appealable order.

Defendant is advised that he has sixty days from the date of this order within which to appeal the denial of his motion. *See* Fed. R. App. P. 4(a). In order to appeal, defendant must first request a Certificate of Appealability from this Court. *See United States v. Mitchell*, 216 F.3d 1126, 1130 (D.C. Cir. 2000). If the district judge denies the certificate, the applicant may request a circuit judge to issue the certificate. *Id.* at 1129.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**February 22, 2008**